JAMES A. McGRAW, Respondent, *v.* GEORGE SELKIS et al., Appellants, Impleaded with Others.

Argued December 9, 1937; decided January 11, 1938.

*James G. Heffernan* for appellants.

*Patrick J. Keniry* for respondent.

Each order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.